**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                       Case No. _____

**VEGA MEDINA, JULIO & CLAUDIO FUENTES, DELIA ALICIA**                Chapter **13**
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/07/2012**                                                  ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                                     Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | |
|---|---|---|
| $ **160.00** x | **32** = $ | **5,120.00** |
| $ **420.00** x | **4** = $ | **1,680.00** |
| $ _____ x | _____ = $ | _____ |
| $ _____ x | _____ = $ | _____ |
| $ _____ x | _____ = $ | _____ |
| | TOTAL: $ | **6,800.00** |

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **6,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,881.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ISLAND FINANCE**    Cr. **RELIABLE FINANCIA**    Cr. _____
# **1510100732783**        # **515686019000**              # _____
$      **2,232.00**              $            **556.00**                 $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **ISLAND FINANCE        RELIABLE FINANCIA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Late filed claims filed by creditors will receive no distribution.**
**Debtor reserves the right to object claims after plan confirmation.**

Signed:  **/s/ JULIO VEGA MEDINA**
              Debtor

              **/s/ DELIA ALICIA CLAUDIO FUENTES**
              Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**                   Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN