UNITED STATES BANKRUPTCY COURT
SAN JUAN
DIVISION 1 DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-09654-ESL |
| | CHAPTER 13 |
| JULIO VEGA MEDINA | |
| DELIA ALICIA CLAUDIO FUENTES | JUDGE ENRIQUE LAMOUTTE |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JOSE R CARRION files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SANTANDER FINANCIAL DBA ISLAND FINANCE

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 01-1 | 2783 | $0.00 | $1,557.87 | $1,557.87 |
| Total Amount Paid by Trustee | | | | $1,557.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-09654-ESL

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 28th day of January, 2016.

JULIO VEGA MEDINA, DELIA ALICIA CLAUDIO FUENTES, PO BOX 6331, CAGUAS, PR 00726

ELECTRONIC SERVICE - ROBERTO FIGUEROA CARRASQUILL*, PO BOX 193677, SAN JUAN, PR 00919-3677

SANTANDER FINANCIAL DBA ISLAND FINANCE, PO BOX 195369, SAN JUAN, PR 00919

ELECTRONIC SERVICE - United States Trustee

Date: January 28, 2016                    /s/ JOSE R CARRION
                                          JOSE R CARRION
                                          Chapter 13 Trustee
                                          CHAPTER 12 TRUSTEE
                                          PO BOX 9023884
                                          SAN JUAN, PR 00902-3884